**Marie DuPaul LITHUN, Plaintiff and Appellee,**

v.

**Michael O. DuPAUL, Defendant and Appellant.**

Civ. No. 940247.

Supreme Court of North Dakota.

Dec. 20, 1994.

Michael O. DuPaul (pro se).

Carol Ronning Kapsner (argued), Kapsner and Kapsner, Bismarck, for plaintiff and appellee.

Rodney K. Feldner, Feldner Law Firm, Mandan, guardian ad litem, joined in brief of plaintiff and appellee.

PER CURIAM.

Michael DuPaul appeals from a judgment severely restricting his visitation. He alleges that the court violated his constitutional rights by the restrictions it imposed. Given the facts, however, authority does not support his claims. *Dschaak v. Dschaak,* 479 N.W.2d 484 (N.D.1992); *Lithun v. DuPaul,* 449 N.W.2d 810 (N.D.1989); *Lithun v. DuPaul,* 447 N.W.2d 297 (N.D.1989); *C.B.D. v. W.E.B.,* 298 N.W.2d 493 (N.D.1980). We summarily affirm the district court's ruling pursuant to NDRAppP 35.1(a)(2) and (7).

VANDE WALLE, C.J., and NEUMANN, LEVINE, SANDSTROM and MESCHKE, JJ., concur.